JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VARGAS-SACUL JOSE EDUARDO,

Petitioner,

v.

J. JOHNSON, *et al.*,

Respondents.

Case No. 5:26-cv-02494-MRA-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted consistent with the reasons and findings set forth in the Order Granting Petition for Writ of Habeas Corpus.

DATED: September 15, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge